UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JUSTIN A. HINES, on behalf of himself and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF OF WHITE COUNTY, INDIANA, in his official capacity,<br><br>Defendant. | CAUSE NO.: 4:20-CV-43 |

## ORDER

The parties filed a Stipulation to Enter Private Settlement Agreement Following Notice to the Class [DE 88] and a Joint Motion for Award of Attorneys' Fees and Costs in Conjunction with Approval of Private Settlement Agreement and Following Notice to the Class [DE 89].  Pursuant to 28 U.S.C. § 636(b), I referred these matters to Magistrate Judge Joshua P. Kolar to conduct a final fairness hearing, and for report and recommendation on these motions. [DE 92.]  On March 17, 2022, Magistrate Judge Kolar issued a thorough Findings, Report, and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C). [DE 98.]  No party has filed a timely objection.

**ACCORDINGLY:**

Having reviewed Magistrate Judge Kolar's findings and recommendation concerning the joint motion to enter a private settlement agreement following notice to the class [DE 88] and the motion for attorney fees [DE 89], to which no objection has been filed, the Court hereby ADOPTS the findings and recommendations [DE 98] in their entirety and:

1. **GRANTS** the Stipulation to Enter Private Settlement Agreement [DE 88], and **APPROVE**S the settlement agreement as fair, reasonable, and adequate resolution of these proceedings;

2. **ORDERS** the parties to carry out the terms of the Settlement Agreement promptly and in good faith, and to promptly file with the Court appropriate papers effecting the dismissal of this action within 14 days, as specified in the Settlement Agreement; and

3. **GRANTS** the Motion for Award of Attorney Fees and Costs [DE 89] and **AWARDS** attorneys' fees in the amount of $10,000.00 to Plaintiffs' counsel, to be paid as specified in the Settlement Agreement.

SO ORDERED.

ENTERED: April 4, 2022.

                                         /s/ Philip P. Simon  
                                         PHILIP P. SIMON, JUDGE  
                                         UNITED STATES DISTRICT COURT